7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Russell Lee Cook and Wanda Faye Cook
*Debtor*

*Bankruptcy Case No.*
12–61300–abf11

**DLR Group, Inc.**
    Plaintiff(s)

*Adversary Case No.*
13–06019–abf

v.

**Russell Lee Cook**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is hereby entered in accordance with the terms of the "Judgment" entered this date with the agreement of the parties.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 5/13/15

Court to serve